FILED
FEB 2 2 2017
DAVID CREWS, CLERK
BY_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:17-CR 014

MICHELLE MANUEL  18 U.S.C. § 641

## INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

From on or about June 17, 2015, to on or about July 18, 2016, in the Northern District of Mississippi, MICHELLE MANUEL, defendant, did knowingly steal, purloin, and convert to her own use goods and property of the United States, that is, the Department of Health and Human Services Social Security benefits to which she was not entitled, of a value exceeding $1,000, in violation of 18 U.S.C. § 641.

**A TRUE BILL**

_____  /s/redacted signature_____
**UNITED STATES ATTORNEY**  **FOREPERSON**